IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01506-EWN-BNB

RUDY LUJAN,

Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,

Defendant.

_____

# ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **January 24, 2006**, the parties shall file a stipulation or

motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated January 10, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge