IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01506-EWN-BNB

RUDY LUJAN,

Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,

Defendant.
_____

**ORDER FOR DISMISSAL**
_____

THIS MATTER having come before the Court upon the Stipulated Motion for Dismissal With Prejudice filed by Plaintiff and Defendant, and the Court, being fully advised in the premises and having found good cause therefor

HEREBY ORDERS that the Motion is granted, and that Plaintiff's Complaint against Defendant is dismissed with prejudice, with each party to bear his or its own costs and attorney fees.

Dated this 3rd day of February, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge